IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD E.R. STEVENSON                                                  PLAINTIFF

       v.                 Civil No. 11-5021

SHERIFF KEITH FERGUSON, Benton
County, Arkansas; DR. JOHN HUSKINS;
SGT. BARR; and CAPTAIN HOLLY                               DEFENDANTS

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff, Richard Stevenson, filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On August 26, 2011 (Doc. 20), Defendants filed a motion to dismiss. In the motion, they state they have been unable to serve the Plaintiff with their August 18th motion for an extension of time. The mail has been returned as undeliverable.

On August 25th, mail was returned to the Court marked "undeliverable return to sender." When he filed this action, Plaintiff was advised that he had an obligation to keep the Court and opposing counsel advised of his current address at all times (Doc. 3). Neither the Court nor Defendants' counsel have an accurate address for the Plaintiff.

Accordingly, I recommend that this action be dismissed based on Plaintiff's failure to keep the Court informed of his current address and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file**

-1-

**timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 2nd day of September 2011.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)