IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD E.R. STEVENSON                                    PLAINTIFF

      v.                Civil No. 11-5021

SHERIFF KEITH FERGUSON, Benton
County, Arkansas; DR. JOHN HUSKINS;
SGT. BARR; and CAPTAIN HOLLY                              DEFENDANTS

### O R D E R

Now on this 29th day of September, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #23), to which there is no objection, and the Court, being well and sufficiently advised, finds that the Report And Recommendation should be, and same hereby is, **adopted in toto**, and this matter is hereby **dismissed**.

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                         JIMM LARRY HENDREN
                                         UNITED STATES DISTRICT JUDGE